IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 26-12020-C

District Court Case No. 6:24-cv-01640-AGM
Bankruptcy Court Case No. 6:24-bk-00353-GER

In re:

Global Consulting, LLC

    Debtor

Mustapha Boujana,

    Appellant,

v.

Global Consulting, LLC,

    Appellees.

_____/

## APPELLEE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to Federal Rule of Appellate Procedure Rule 26.1 and Eleventh Circuit Rule 26.1-1, Appellee, Global Consulting, LLC, provides the following certificate of interested persons and corporate disclosure, which includes a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT
(Continued)

identifiable legal entities related to a party.

"In bankruptcy appeals, the CIP must also identify each debtor, the members of the creditor's committee, any entity which is an active participant in the proceedings, and other entities whose stock or equity value may be substantially affected by the outcome of the proceedings." 11th Cir. R. 26.1-2(a)

I.      Corporate Disclosure.

There are no nongovernmental corporations that are parties to this proceeding.

II.     Interested Persons.

1.      Boujana, Mustapha, Appellant and a creditor in the underlying bankruptcy case

2.      Budgen, L. Todd, Subchapter V Trustee in the underlying Chapter 11 bankruptcy case

3.      Gaylord Moe, Hon. Anne Leigh, United States District Judge

4.      Global Consulting, LLC, Appellee and the Debtor in the underlying Chapter 11 bankruptcy case

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT
(Continued)

5. Herron, Kenneth D. Jr., attorney for the Appellee and the Debtor in the underlying Chapter 11 bankruptcy case

6. Herron Hill Law Group, PLLC, attorneys for Appellee and the Debtor in the underlying Chapter 11 bankruptcy case

7. Robson, Hon. Grace E., United States Bankruptcy Judge

III. Bankruptcy Disclosures.

8. Debtor: Global Consulting, LLC, is identified above as the Debtor in the underlying Chapter 11 bankruptcy case.

9. Members of the creditor's committee: None.

10. Active participants in the bankruptcy case:

a. Mustapha Boujana, as a creditor and the Appellant

b. L. Todd Budgen, the Subchapter V Trustee

11. Entities whose stock or equity value may be substantially affected by the outcome of the proceedings: None

Appeal No. 26-12020-C
Mustapha Boujana v. Global Consulting, LLC

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT
(Continued)

IV.    Certification Pursuant to 11th Circuit Rule 26.1-3(b).

I hereby certify pursuant to 11th Circuit Rule 26.1-3(b) that no publicly

traded company or corporation has an interest in the outcome of the case or

appeal.

Dated: July 8, 2026

/s/ Kenneth D. Herron, Jr.
Kenneth D. (Chip) Herron, Jr.
Florida Bar No. 699403
Herron Hill Law Group, PLLC
P. O. Box 2127
Orlando, Florida  32802
Telephone: (407) 648-0058
Primary e-mail:    chip@herronhilllaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2026, a true and correct copy of the
foregoing was electronically filed with the Clerk of Court using the CM/ ECF
System, which will send notice of electronic filing to all attorneys of record.

Appeal No. 26-12020-C
Mustapha Boujana v. Global Consulting, LLC

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT
(Continued)


I FURTHER CERTIFY that on July 8, 2026, I mailed a true and correct fopy of the foregoing document by first class U. S. mail postage prepaid to the Appellee at the following address:

Mustapha Boujana
6705 Echo Trial
Louisville, Kentucky 40299

/s/ Kenneth D. Herron, Jr.
Kenneth D. (Chip) Herron, Jr.